1st Amended Plan    Page 1 of 2

Case 1:13-bk-11777    Doc 36-2    Filed 03/24/15    Entered 03/24/15 12:38:37    Desc
1st Amended Plan    Page 1 of 2

**R.I. Bankr. Form W.2**
**(Revised 10/18/13)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

IN RE:  Ann Marie Gatchell                                 CHAPTER 13
        John Guglielmo                                 CASE NO. 13-11777
        Debtor(s)

      __1st__    *[indicate 1st, 2nd, 3rd, etc.]*
**AMENDED CHAPTER 13 PLAN AND APPLICABLE MOTIONS DESIGNATED BELOW:**

**This amended plan:**  ■ **Does adversely affect creditors**
                               **Does *not* adversely affect creditors**

Check for motions applicable to this plan amendment:
**(  ) Motion to Avoid Lien(s)**
**(  ) Motion to Modify Secured Claim(s)**
**(  ) Motion to Assume/Reject Lease(s)**
**(  ) No motions applicable to this plan amendment**

    On August 28, 2013, Debtor's original Chapter 13 plan was confirmed. If applicable,
      [date confirmed]
further amendments were made on _____[dates of later amendments] **and the substance of all prior amendments is also listed below**.
Chapter 13 Plan
*CitiMortgage shall be paid their pre-petition mortgage arrearage in the amount of $6,618.00.
*The Debtors moved to modify the second mortgage secured claim of Green Tree Servicing, Inc.
*The Debtors Moved to Void the Judicial Liens of Discover bank and American Express Centurion Bank.
*The Debtors were to turn over all Federal Tax Refunds.
*Unsecured Creditors shall receive no less than 35% of the amount of their claims allowed by the Court.

    This Amended Chapter 13 Plan, including certain motions and other provisions, is hereby **amended** as follows **(list all new and prior amendments with dates)**:

*Debtors have paid $24,895.00 to the Chapter 13 Plan.
*Debtors have filed Supplemental Schedules I and J.
*Debtors shall begin making payments in the amount of $700.00 per month to the Chapter 13 Trustee in April 2015.
*Debtor shall turn over future Tax Refunds to the Chapter 13 Trustee.
*Debtor shall pay Attorney Janet J. Goldman a counsel fee of $500.00 for post-confirmation legal services.
*Unsecured Creditors will receive a pro rata share of any remaining proceeds.

TAKE NOTICE:  Your rights may be affected. You should read this amendment to the Chapter 13 Plan carefully, including any motions contained therein, and discuss them with your attorney, if you have one, in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.

If you object to the confirmation of the proposed plan of the debtor(s) as amended, including any of the motions included therein, then you or your attorney must file with the Court a written objection to confirmation and/or to the motions contained therein at the following address:

Clerk, U.S. Bankruptcy Court, 380 Westminster St., Providence, R.I., 02903

**OBJECTIONS:** Your objection to confirmation and/or to the motions contained in the plan must include the specific reasons for your objection, **and must be filed with the Court no later than seven (7) days before the confirmation hearing.**

If you mail your objection to confirmation to the Court for filing, you must mail it early enough so that the Court will receive it on or before the deadlines stated above. You must also serve a copy of your objection to confirmation, and any applicable motions contained therein, on the debtor(s), the attorney for the debtor(s), and the Chapter 13 trustee at their addresses as they are listed in the notice of the meeting of creditors.

If you or your attorney does not take these steps, the Court may decide that you do not oppose the proposed plan of the debtor(s) as amended, including any motions contained therein, and may enter an order confirming the amended plan and granting the motions. **Any creditor's failure to *timely* object to confirmation of the proposed plan as amended shall constitute the creditor's acceptance of the treatment of its claim as proposed, pursuant to 11 U.S.C. Section 1325(a)(5)(A).**

**PLAN SERVICE AND SIGNATURES:**

Pursuant to the R.I. LBR 3015-1(b), the Debtor or his/her counsel is required to serve a copy of the *amended* Chapter 13 Plan upon the Chapter 13 Trustee, all creditors and interested parties, and to file a certificate of service accordingly. In addition, if the Debtor has included a Motion to Modify Secured Claim and/or a Motion to Avoid Lien in this *amended* plan, the Debtor must also comply with the service requirements contained in R.I. LBR's 3015-1(c)(1) and 4003-2. **Debtor is also required to attach the original filed plan within the Amended Plan filing event in ECF.**

I/We declare under penalty of perjury that the information provided in the Amended Chapter 13 Plan, including any applicable Motion(s) to Modify Secured Claim(s); Motion(s) to Avoid Certain Lien(s); and Motion(s) for Assumption and Rejection of Executory Contracts and Unexpired Lease(s), as to all matters set forth herein, are true and correct to the best of our knowledge and belief:

Dated 3/24/2015              /s/Ann Marie Gatchell
                             Debtor's Signature
                             /s/John Guglielmo
                             Debtor's Signature

I hereby certify that I have reviewed this document with the debtor(s) and that the debtor(s) have received a copy of this document.

Dated 3/24/2015              /s/Janet J. Goldman
                             Attorney for the Debtor